# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| **MARK EARL GOODSON &** | ) | |
| **PATRICIA MICHELLE GOODSON,** | ) | |
| | ) | **Case No.:  3:11-cv-173** |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CREDIT BUREAU COLLECTION** | ) | |
| **SERVICES, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT STIPULATION OF DISMISSAL

COMES NOW the plaintiff, by and through counsel, Anthony Bush, and the defendant, Credit Bureau Collection Services, Inc., by and through counsel, Patrick W. Franklin, and respectfully request this Honorable Court to dismiss the defendant, Credit Bureau Collection Services, Inc., from this cause of action, with prejudice, and in support of this motion show as follows:

1.    That the plaintiff and Credit Bureau Collection Services, Inc. have resolved the claims asserted between them through a separate confidential agreement;

{W0293921.1 }

2.      Pursuant to Rule IIC.3 of this Court's Administrative Procedures, Attorney Patrick W. Franklin certifies he has the express permission and agreement of counsel for the Plaintiff to affix his respective electronic signature hereon and further certifies the Parties have agreed to the terms and conditions of this motion.

WHEREFORE, PREMISES CONSIDERED, the parties respectfully request this Honorable Court to dismiss Credit Bureau Collection Services, Inc., with prejudice, costs taxed as paid.


/s/ Anthony B. Bush _____          /s/Patrick W. Franklin_____
Anthony B. Bush, Esquire                     Neal D. Moore, III
Lewis, Bush & Faulk, LLC                     Patrick w. Franklin
P.O. Box 5059 (36103)                        Ferguson, Frost & Dodson, LLP
The Bailey Building                          2500 Acton Road, Suite 200
400 South Union Street, Suite 230            Birmingham, Alabama  35243
Montgomery, Alabama 36104                    *Attorney for Defendant,*
*Attorney for Plaintiff*                     *Credit Bureau Collection Services, Inc.*

{W0293921.1 }